# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 29, 2024

Aaron R. Gelb and
   Kathryn McMahon
CONN & MACIEL
Suite 1352
53 West Jackson Boulevard
Chicago, IL  60604

      RE:  24-1889  Sorptive Minerals Institute v. Mine Safety & Health Adm., et al

Dear Counsel:

     We have received a petition for review of an order of the Mine Safety and Health Administration in the above case, together with payment in the amount of $600 for the docket fee. Receipt for docketing fee, if paid by check, will be sent through the mail.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

     Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

                                                  Stephanie N. O'Banion
                                                  Acting Clerk of Court

Page Two
24-1889

CAH

Enclosure(s)

cc: Brad J. Mantel
 April E. Nelson
 Emily Toler Scott

    District Court/Agency Case Number(s): 89 FR 28218
    MSHA-2023-0001

**Caption For Case Number: 24-1889**

Sorptive Minerals Institute

        Petitioner

v.

Mine Safety and Health Adminstration; Julie A. Su, Acting Secretary of Labor, United States Department of Labor

        Respondents

**Addresses For Case Participants:   24-1889**

Aaron R. Gelb
CONN & MACIEL
Suite 1352
53 West Jackson Boulebard
Chicago, IL  60604

Kathryn McMahon
CONN & MACIEL
Suite 1352
53 West Jackson Boulebard
Chicago, IL  60604

Brad J. Mantel
OFFICE OF THE SOLICITOR
Division of Mine Safety and Health
Suite 401
201 12th Street, S.
Arlington, VA  22202-5450

April E. Nelson
OFFICE OF THE SOLICITOR
Division of Mine Safety and Health
Suite 401
201 12th Street, S.
Arlington, VA  22202-5450

Emily Toler Scott
OFFICE OF THE SOLICITOR
Division of Mine Safety and Health
Suite 401
201 12th Street, S.
Arlington, VA  22202-5450