
In the United States Court of Appeals
for the Eighth Circuit

SORPTIVE MINERALS INSTITUTE, )
)
Petitioner, )
)
v. ) No. 24-1889
)
MINE SAFETY AND HEALTH )
ADMINISTRATION, and JULIE SU, )
ACTING SECRETARY OF LABOR, )
UNITED STATES DEPARTMENT OF )
LABOR, )
)

Respondents.

## PETITION FOR REVIEW

Pursuant to § 101(d) of the Federal Mine Safety and Health Act, 30 U.S.C. § 811(d), and Federal Rule of Appellate Procedure 15, Petitioner, the Sorptive Minerals Institute ("SMI") hereby petitions this Court to review the United States Secretary of Labor's and the Mine Safety and Health Administration's final rule entitled, "Lowering Miners' Exposure to Respirable Crystalline Silica and Improving Respiratory Protection." 89 FR 28218 (April 18, 2024) (Attached as Exhibit 1)[1]

Date: April 29, 2024        Respectfully submitted,

/s/ Aaron Gelb
Aaron R. Gelb (Bar No. 98-0376)
Kathryn McMahon
CONN MACIEL CAREY LLP
53 West Jackson Boulevard, Suite 1352
Chicago, Illinois 60604
(312) 868-0294
agelb@connmaciel.com

---

[1] SMI is a national trade association with members impacted by the final rule, including in the Eighth Circuit.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Petition for Review** was served on April 29, 2024, by electronic delivery, on the following Respondents:

April E. Nelson, Esq.
Associate Solicitor
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
nelson.april@dol.gov

Emily Scott, Esq.
Counsel for Appellate Litigation
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
scott.emily.t@dol.gov

Brad J. Mantel, Esq.
Counsel for Standards and Legal Advice
U.S. Department of Labor
Division of Mine Safety and Health
201 12th Street South - Suite 401
Arlington, VA 22202-5414
mantel.brad.j@dol.gov

                                                */s/ Aaron Gelb*
                                                Aaron R. Gelb