# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1889

Sorptive Minerals Institute

Petitioner

v.

Mine Safety and Health Adminstration and Julie A. Su, Acting Secretary of Labor, United States Department of Labor

Respondents

---

Petition for Review of an Order of the Federal Mine Safety & Health Administration
(89 FR 28218)
(MSHA-2023-0001)

---

**ORDER**

The motion to hold the briefing schedule in abeyance pending the United States Court of Appeals for the Fifth Circuit's ruling on the motion to transfer is granted. The parties are directed to promptly notify the court when a ruling has been issued.

June 20, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Maureen W. Gornik