U. S. Department of Labor  Office of the Solicitor
Division of Mine Safety and Health
200 Constitution Ave., NW
Suite N-4428
Washington, DC 20210



April 21, 2025

Maureen W. Gornik, Acting Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: *Sorptive Minerals Institute* v. *Mine Safety and Health Administration, et al.*, No-24-1889

*National Stone, Sand, and Gravel Association, et al.* v. *Mine Safety & Health Administration, et al.*, No. 24-2661

*Sorptive Minerals Institute and Blue Mountain Production Company* v. *Mine Safety & Health Administration, et at.*, No. 24-2663

Dear Ms. Gornik:

Please withdraw the appearance of Emma Cusumano as counsel for the respondents in these cases. I remain as counsel for the respondents.

Sincerely,

*Brad J. Mantel*

Brad J. Mantel
Counsel for Standards and Legal Advice
(202) 693-9331
mantel.brad.j@dol.gov

## Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on April 21, 2025. All parties are represented by counsel and are registered CM/ECF users.

                                                s/ Brad J. Mantel