# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1889

Sorptive Minerals Institute

Petitioner

v.

Mine Safety and Health Adminstration and Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2661

National Stone, Sand, and Gravel Association, et al.

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

Essential Minerals Association and Silica Safety Coalition

Amici on Behalf of Petitioner

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2663

Sorptive Minerals Institute and Blue Mountain Production Company

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

_____

Petitions for Review of an Order of the Federal Mine Safety & Health Administration
(89 FR 28218)
(MSHA-2023-0001)
_____

**ORDER**

The motions for extension of time to file a response are denied as moot.

April 28, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler