# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1889

Sorptive Minerals Institute

Petitioner

v.

Mine Safety and Health Adminstration and Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2661

National Stone, Sand, and Gravel Association, et al.

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

Essential Minerals Association and Silica Safety Coalition

Amici on Behalf of Petitioner

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2663

Sorptive Minerals Institute and Blue Mountain Production Company

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

---

Petitions for Review of an Order of the Federal Mine Safety & Health Administration
(89 FR 28218)
(MSHA-2023-0001)

---

**ORDER**

The motions for leave to intervene are denied.

April 30, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler