In the United States Court of Appeals
for the Eighth Circuit

| | | |
|---|---|---|
| SORPTIVE MINERALS INSTITUTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 24-1889 |
| MINE SAFETY & HEALTH ADMINISTRATION, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## JOINT STATUS REPORT

On April 2, 2025, NSSGA Petitioners moved for a stay of the Silica Rule's compliance deadlines, and for an emergency administrative stay of the compliance deadline (for coal mines) approaching on April 14, 2025. Docs. 5502800, 5502801. On April 11, 2025, SMI filed a motion to hold the case in abeyance for four months. Doc. 5505429. On that same day, the Court granted both NSSGA Petitioners' stay motion and SMI's abeyance motion. Doc. 5505588. The Court further ordered the parties to file "a status report regarding the developments in the cases on June 10, 2025, and thereafter as requested." *Id.*

The consolidated petitions in this case seek review of a final rule (the "Silica Rule") that Respondent Mine Safety and Health Administration ("MSHA") issued in April 2024. *See* 89 Fed. Reg. 28,218 (Apr. 18, 2024). MSHA announced a

temporary four-month pause on enforcement of the Silica Rule on April 8, 2025. Doc. 5505028.

The parties hereby report to the Court that they are discussing potential settlement of the petitions, and those discussions are ongoing. The parties request that the Court order another status update on August 10, 2025.

June 11, 2025

Respectfully submitted,

*/s/ Keith Bradley*
KEITH BRADLEY
PETER S. GOULD
KAYLA MARIE MENDEZ
717 17th Street, Suite 1825
Denver, CO 80202
T: (303) 830-1776
F: (303) 894-9239
keith.bradley@squirepb.com
peter.gould@squirepb.com
kayla.mendez@squirepb.com

MORGAN MILLER
2550 M Street NW
Washington, DC 20037
morgan.miller@squirepb.com

TREVOR PIROUZ KEHRER
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
trevor.kehrer@squirepb.com

SQUIRE PATTON BOGGS (US) LLP
*Counsel for National Stone, Sand & Gravel Association, et al.*

/s/ Kathryn McMahon
KATHRYN MCMAHON
MARK M. TRAPP
53 West Jackson Blvd, Suite 1352
Chicago, Illinois 60604
T: (312) 809-8122
kmcmahon@connmaciel.com
mtrapp@connmaciel.com

CONN MACIEL CAREY LLP
*Counsel for Sorptive Minerals Institute and Blue Mountain Production Company*


/s/ Brad Mantel
BRAD MANTEL
Suite N4420-N4430
Washington, DC 20210
T: (202) 693-5486
mantel.brad.j@dol.gov

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
DIVISION OF MINE SAFETY & HEALTH
*Counsel for MSHA and the Secretary of Labor*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing Joint Status Report with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. All parties are represented by counsel and are registered CM/ECF users.

/s/ Mark M. Trapp