# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 11, 2025

Mark M. Trapp
CONN & MACIEL
Suite 1352
53 W. Jackson Boulebard
Chicago, IL  60604

      RE:  24-1889  Sorptive Minerals Institute v. MSHA, et al
            24-2661  Natl. Stone, Sand & Gravel, et al v. MSHA, et al
            24-2663  Sorptive Minerals Institute, et al v. MSHA, et al

Dear Counsel:

      The status report due on August 11, 2025 has been filed pursuant to this Court's letter of June 12, 2025.  Please file with this office a status report regarding developments in the case by October 10, 2025.

                                              Susan E. Bindler
                                              Clerk of Court

NDG

cc:     Keith Bradley
        Joseph Stephen Diedrich
        Kevin F. Fagan
        Aaron R. Gelb
        Peter S. Gould
        Keeleigh Scarlett Huffman
        David R. Jury
        Robert M. Kahn
        Trevor Pirouz Kehrer
        Dallas F. Kratzer III
        Jennifer A. Ledig
        Miranda Leppla
        Brad J. Mantel
        Kathryn M. McMahon
        Kendall McPherson
        Kayla Marie Mendez
        Morgan Alexis Miller
        Christopher Murphy

Michael Robert Peelish
Hill Pickens
Matthew Ward
Keren Wheeler

District Court/Agency Case Number(s): 89 FR 28218
MSHA-2023-0001