# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1889

Sorptive Minerals Institute

Petitioner

v.

Mine Safety and Health Adminstration and Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2661

National Stone, Sand, and Gravel Association, et al.

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

Essential Minerals Association and Silica Safety Coalition

Amici on Behalf of Petitioner

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

No: 24-2663

Sorptive Minerals Institute and Blue Mountain Production Company

Petitioners

v.

Mine Safety & Health Review Administration, et al.

Respondents

------------------------------

American College of Chest Physicians, et al.

Amici on Behalf of Respondent

___

Petitions for Review of an Order of the Federal Mine Safety & Health Administration
(89 FR 28218)
(MSHA-2023-0001)
___

## ORDER

The government has filed a motion for extension of time to file the status report as a result of the lapse in appropriations to the Department of Labor. The court grants the motion in part. An extension is granted until the <u>earlier</u> of: (i) 21 days from the date of this order; or (ii) fourteen days from the date Congress has restored appropriations. If Congress has not restored appropriations within 21 days from the date of this order, the government may file a motion for further extension stating the reasons why it is necessary.

October 02, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Susan E. Bindler