# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 02, 2025

Brad J. Mantel
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
Room N-4428
200 Constitution Avenue, N.W.
Washington, DC  20210-0000

      RE:  24-1889  Sorptive Minerals Institute v. MSHA, et al
            24-2661  Natl. Stone, Sand & Gravel, et al v. MSHA, et al
            24-2663  Sorptive Minerals Institute, et al v. MSHA, et al

Dear Counsel:

      The status report due on November 26, 2025 has been filed pursuant to this Court's October 24, 2025 Order. Please file with this office a status report regarding developments in the case by February 2, 2026.

                                          Susan E. Bindler
                                          Clerk of Court

BNW

cc:      Keith Bradley
           Joseph Stephen Diedrich
           Kevin F. Fagan
           Aaron R. Gelb
           Peter S. Gould
           Keeleigh Scarlett Huffman
           David R. Jury
           Robert M. Kahn
           Dallas F. Kratzer III
           Jennifer A. Ledig
           Miranda Leppla
           Kathryn M. McMahon
           Kendall McPherson
           Kayla Marie Mendez
           Morgan Alexis Miller
           Christopher Murphy
           Michael Robert Peelish

Hill Pickens
Mark M. Trapp
Matthew Ward
Keren Wheeler


District Court/Agency Case Number(s): 89 FR 28218
MSHA-2023-0001