# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 04, 2026

Brad J. Mantel
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
Room N-4428
200 Constitution Avenue, N.W.
Washington, DC  20210-0000

      RE:  24-1889  Sorptive Minerals Institute v. MSHA, et al
             24-2661  Natl. Stone, Sand & Gravel, et al v. MSHA, et al
             24-2663  Sorptive Minerals Institute, et al v. MSHA, et al

Dear Counsel:

      The status report due on February 2, 2026 has been filed pursuant to this Court's December 2, 2025 letter. Please file with this office a status report regarding developments in the cases by April 6, 2026.

                                          Susan E. Bindler
                                          Clerk of Court

BNW

cc:      Keith Bradley
         Joseph Stephen Diedrich
         Kevin F. Fagan
         Aaron R. Gelb
         Peter S. Gould
         Keeleigh Scarlett Huffman
         David R. Jury
         Robert M. Kahn
         Dallas F. Kratzer III
         Jennifer A. Ledig
         Miranda Leppla
         Kathryn M. McMahon
         Kayla Marie Mendez
         Morgan Alexis Miller
         Christopher Murphy
         Michael Robert Peelish
         Hill Pickens

Mark M. Trapp
Matthew Ward
Keren Wheeler

District Court/Agency Case Number(s): 89 FR 28218
MSHA-2023-0001